UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDUARDO HERNANDEZ,<br><br>         Plaintiff,<br>  -v-<br><br>UZZAL EXPRESS PIZZERIA INC. & MOHAMMED UZZAL,<br><br>         Defendants. | 21 Civ. 177 (PAE) (JLC)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On January 8, 2021, plaintiff filed the Complaint in this action. Dkt. 1. Defendant Mohammed Uzzal was served on January 15, 2021. Dkt. 8. Defendant Uzaal Express Pizzeria Inc. was served on January 20, 2021. Dkt. 9. On February 5, 2021, defendants filed an answer. Dkt. 12. On March 24, 2021, defendants filed an amended answer. Dkt. 18. On May 5, 2021, counsel for the defendants filed a motion to stay the action for 60 days and to be relieved as counsel due to a conflict of interest. Dkt 21. On May 6, 2021, United States Magistrate Judge James L. Cott granted the motion to stay for 60 days to give defendants time to secure new counsel. Dkt. 22. Judge Cott explained that "defendant Uzzal Express Pizzeria, Inc., as a corporate party, must appear by new counsel, as a corporation must, by law, be represented by counsel." *Id.* (citing *Hounddog Prods., LLC v. Empire Film Grp., Inc.*, 767 F. Supp. 2d 480, 486 (S.D.N.Y. 2011) ("It is well settled that corporations can only appear in court through an attorney, and may not proceed pro se.")).

No new attorney has since appeared for the defendants. Nor has any progress since been made in the case. The plaintiff is directed to seek a default as to Uzaal Express Pizzeria Inc. given that no attorney has appeared for the corporate defendant. Plaintiff is hereby ordered to

request a Certificate of Default from the Clerk of Court by July 22, 2021, and to file a Motion for Default Judgment in accordance with this Court's Individual Rules by no later than July 30, 2021.

SO ORDERED.

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge

Dated: July 15, 2021
New York, New York